AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | |
|---|---|
| United States of America<br>v. | )<br>)  Case: 1:21-MJ-00009<br>)  Assigned to: Judge G. Michael Harvey<br>)  Assigned Date: 1/7/2021<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |
| _____<br><span style="text-align:center">*Defendant(s)*</span> | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the

_____ District of _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | |

This criminal complaint is based on these facts:

❏ Continued on the attached sheet.

_____
*Complainant's signature*

DI1-1456

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*