AO 442 (Rev. 11/11) Arrest Warrant

FIO: 11218053

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JOSHUA PRUITT

)
)
) Case: 1:21-MJ-00009
) Assigned to: Judge G. Michael Harvey
) Assigned Date: 1/7/2021
) Description: COMPLAINT W/ ARREST WARRANT
)

Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JOSHUA PRUITT    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

Date:    01/07/2021

G. Michael Harvey
2021.01.07 14:51:27
-05'00'

*Issuing officer's signature*

City and state:    Washington, DC    G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/7/2021, and the person was arrested on *(date)* 1/7/2021
at *(city and state)* Washington DC.     Received

Date: 1/7/2021

*Arresting officer's signature*

Christopher Schassler, DUSM
*Printed name and title*