## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal. No.:  21-mj-9 (GMH) |
| JOSHUA PRUITT, : | |
| : | |
| Defendant. : | |

### NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Christopher Berridge, who may be contacted by telephone on (202) 252-6685 or e-mail at Christopher.Berridge@usdoj.gov.  This is notice of their appearance in this matter on behalf of the United States.

                                        Respectfully submitted,

                                        MICHAEL R. SHERWIN
                                        ACTING UNITED STATES ATTORNEY
                                        NEW YORK BAR NO. 4444188

By:     /s/ *Christopher A. Berridge*
               Christopher A. Berridge
               Assistant United States Attorney
               Bar No.: GA 829103
               555 4th Street, N.W.
               Washington, DC 20001
               Desk: (202) 252-6685
               Mobile: (202) 740-1738
               Christopher.Berridge@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 14th day of January, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                            /s/ *Christopher A. Berridge*
                                            Christopher A. Berridge
                                            Assistant United States Attorney